UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALONZO S. CURRY,        ) | |
| ) | |
| Petitioner,        ) | |
| ) | CIVIL ACTION NO. |
| VS.        ) | |
| ) | 3:08-CV-2213-G |
| NATHANIEL QUARTERMAN, Director,   ) | |
| Texas Department of Criminal Justice,   ) | **ECF** |
| Correctional Institutions Division,   ) | |
| ) | |
| Respondent.        ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

July 7, 2009.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**